UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALEX STANTON CROCKETT, | ) | CASE NO. 23-54144-TJ23 |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE HAGENAU |

## MOTION TO APPROVE SETTLEMENT, DISBURSE AND RETAIN FUNDS

COME NOW, Alex Stanton Crockett, Debtor in the above styled Chapter 13 case, by and through his attorney, and files this Motion to Approve Settlement and Disburse Funds to pay off case, and shows the Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 151 et seq. and 11 U.S.C. 101 et seq. Venue is appropriate pursuant to 28 U.S.C. § 1409. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A).

2.

Debtor filed for relief in the above-styled Chapter 13 case on May 2, 2023. Debtor's case has been confirmed on August 4, 2023.

3.

Debtor was represented by Hung Q. Nguyen ("Counsel") in a personal injury case. The Order granting the Application to Employ Hung Q. Nguyen of the 770GoodLaw, H.Q. Alex Nguyen Law Firm, LLC was granted on June 19, 2023 (Docket No. 25). The personal injury case has been settled for $50,000.00 with Debtor to receive $12,828.19, after fees and expenses (see settlement statement and all applicable documents attached hereto as Exhibit A) are paid and disbursed to all applicable parties accordingly. Debtor's personal injury attorneys' fees are $16,326.00, firm expenses paid at $1,021.81 and medical providers fees are $16,326.00.

4.

Of the $12,828.19, Debtor is requesting to retain $8,000.00 from a portion of his anticipated net proceeds, to assist in the payment of necessary repairs on his vehicle and post-filing medical bills. Thereafter, Debtor is respectfully requesting that the remaining net proceeds balance in the amount of $4,818.19 be paid to the Chapter 13 Trustee for the benefit of his creditors, pursuant to his chapter 13 confirmed plan. These requests are for the benefit of all creditors and applicable parties, and will not adversely impact any of his creditors.

WHEREFORE Debtor prays:

(a) That the settlement for $50,000.00 be approved;

(b) That Debtor's personal injury attorneys' fees and firm fees in the amounts of $16,326.00 and $1,021.81, respectively, be approved for disbursement to Special Counsel;

(c) That all medical providers disbursements are approved in the amount of $16,326.00; and

(d) That Debtor be allowed to retain $8,000.00 of the settlement proceeds; and

(e) For any other relief that the Court may deem is just and proper.

Dated: January 12, 2024                                  Respectfully submitted,

                                                                             /s/Shannon C. Worthy
Shannon C. Worthy
Attorney for the Debtor
GA Bar No. 733895
Stanton and Worthy, LLC
547 Ponce de Leon Avenue NE
Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone
(866) 799-7178 Fax
Shannon.worthy@stantonandworthy.com

# EXHIBIT A

## ESTIMATED BODILY INJURY SETTLEMENT DISBURSEMENT

**CLIENT(S):** Alex Crockett  GP # 1008065  **DATE OF INJURY/LOSS:** 6/7/2021

| | | NORMAL | | POST-SUIT | |
|---|---|---|---|---|---|
| TOTAL SETTLEMENT: Suit Filed? Yes | | | | | $ 50,000.00 |
| DEDUCTIONS | | | | $ 20,000.00 | |
| A.) Attorney Fees | | $ - | | Reduced to | $ 16,326.00 |
| The Law Office of Hung Q. Nguyen & Associates, LLC. | $ - | | | $ 16,326.00 | |
| | | | | | |
| B.) Payments made to medical providers/lienholders | | | | | |
| 1 Georgia Spine and Orthopaedics | $ 36,890.69 | | $ 13,906.00 | | 38% |
| 2 American Health Imaging | $ 4,595.00 | | $ 1,750.00 | | 38% |
| 3 Benchmark Physical Therapy | $ 1,753.50 | | $ 670.00 | | 38% |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| TOTAL | $ 43,239.19 | $ 43,239.19 | $ 16,326.00 | $ 16,326.00 | |
| | | | | | |
| C.) Payments made payable to client to pay for the following medical bills | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| TOTAL | $ - | | $ - | $ - | |
| | | | | | |
| D.) Office Expense (File Set-Up, Medical Records, Translation) | | $ - | | $ 1,021.81 | |
| The Law Office of Hung Q. Nguyen & Associates, LLC. | $ - | | $ 1,021.81 | | |
| | | | | | |
| TOTAL DEDUCTIONS | | $ 43,239.19 | | $ 33,673.81 | |
| | | | | | |
| DISBURSEMENT TO CLIENT | | | | | |
| A.) Net Settlement | | $ (43,239.19) | | $ 16,326.19 | |
| B.) Funding | | $ 1,500.00 | | $ 3,498.00 | |
| (a) Cash Now Funding Group   4/6/2022 | $ 1,500.00 | | $ 3,498.00 | | |
| TOTAL PAYMENTS TO CLIENT | | $ (41,739.19) | | **$ 12,828.19** | |

**ACKNOWLEDGEMENT**

I hereby accept the above accounting as true and correct constituting the entire net payment due me from the settlement of my claim as captioned above. I hereby acknowledge that I am responsible for any and all unpaid medical bills resulting from this accident not paid on my behalf abovementioned. Additionally, I have been informed that I am responsible for making the payments for medical bills in section C above. Further, I specifically acknowledge that I have been informed that any insurance carrier making any payments for medical bills on my behalf may have a right to recover, **subrogate**, from me all monies paid on my behalf and that I remain solely responsible for those financial obligations.

This _____day of _____, 2023.

_____
Alex Crockett

Sworn to and subscribed before me this _____ day of _____, 2023.

_____
Notary Public
My Commission Expires on _____

# RELEASE

1. I, **ALEX S. CROCKETT**, (hereinafter referred to as "I" or "me" or "we") hereby release and forever discharge, **Dominic R. Modi, Jennifer Modi, Rajesh Modi, Jayna Modi, Mid-Century Insurance Company and the Farmers Insurance Group of Companies;** including their related entities, employees, shareholders, principals, agents, representatives, insurers, affiliates and subsidiaries, from any and all rights, claims, demands, injuries, and damages of any kind, known or unknown, existing or arising in the future, resulting from an accident which occurred on or about June 7, 2021 on Interstate 75/85 in Atlanta, Georgia.

2. In consideration for making this Release I have received **FIFTY THOUSAND DOLLARS ($50,000).** I understand that this is a compromised settlement of all our claims arising out of the above accident and we are releasing all claims against the above parties. I understand that there is no admission of fault. I understand that I will no longer be allowed to seek any further payment from the above parties.

3. I agree to defend, reimburse and indemnify the above parties for any amounts which any insurance carriers, medical providers, government entities, hospitals or other persons or organizations may recover from them in reimbursement for amounts paid to me or on my behalf as a result of the accident. I understand that all liens, payments and financial obligations arising out of the accident are my responsibility.

4. I represent and warrant that as of this date we have provided the released parties all information we know about any and all Medicare / Medicaid / ERISA rights to recovery as of this date. I agree to reimburse, indemnify and hold harmless the released parties and their insurers with respect to any known or unknown Medicare or Medicaid or ERISA rights to recovery related to the subject accident for which the government may seek repayment as well as any fine or penalty the government may seek resulting from the sufficiency and accuracy of the information we have provided to the released parties and their insurer regarding any Medicare or Medicaid or ERISA rights to recovery.

5. The Parties acknowledge that the settlement amount was agreed upon as a compromise and final settlement of disputed claims and that payment of the settlement payment is not, and may not be construed as, an admission of liability by the released parties and is not to be construed as an admission that the release parties engaged in any wrongful, tortious or unlawful activity. The released parties specifically disclaim and deny any liability or engaging in any wrongful, tortious or unlawful activity.

6. The recitals set forth at the beginning of this Agreement are incorporated by reference and made a part of this Agreement. This Agreement constitutes the entire agreement and understanding of the parties to this Agreement and supersedes all prior negotiations and/or agreements, proposed or otherwise, written or oral, concerning the subject matter hereof. Furthermore, no modification of this Agreement shall be binding unless in writing and signed by each of the parties hereto.

Confidential

7.  In entering into this Agreement, the parties acknowledge that they have relied upon the legal advice of their respective attorneys, who are the attorneys of their own choosing, that such terms are fully understood and voluntarily accepted by them, and that, other than the consideration set forth herein, no promises or representations of any kind have been made to them by the other party. The parties represent and acknowledge that in executing this Agreement they did not rely, and have not relied, upon any representation or statement, whether oral or written, made by the other party or by that other party's agents, representatives or attorneys with regard to the subject matter, basis or effect of this Agreement or otherwise.

Notice is given pursuant to O.C.G.A. §33-7-12 of the lack of the consent of the insured to this agreement and that the insured is not hereby precluded from the further assertion of claims against any party to this agreement.

THE UNDERSIGNED ACKNOWLEDGE(S) THAT THEY HAVE READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT, AND THAT THE RELEASE HAS BEEN EXPLAINED TO THEM BY THEIR ATTORNEY.

I AGREE TO THE ABOVE TERMS AND CONDITIONS.


_____

**ALEX S. CROCKETT**

Sworn to and subscribed before me

This _____ day of _____, _____.

_____
NOTARY PUBLIC
My Commission Expires:_____

Confidential

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** ) | **CHAPTER 13** | |
| ) | | |
| **ALEX STANTON CROCKETT,** ) | **CASE NO. 23-54144-TJ23** | |
| ) | | |
| ) | | |
| ) | | |
| **DEBTOR.** ) | **JUDGE HAGENAU** | |

**NOTICE OF HEARING**

      **PLEASE TAKE NOTICE** that **Alex Stanton Crockett** has filed **a Motion to Approve Settlement, Disburse and Retain Proceeds** and related papers with the Court seeking an order **approving the same.**

      **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion** at **9:15 A.M.** on **February 29, 2024** in Courtroom **1403** United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: January 12, 2024                             Respectfully submitted,

                                                                   /s/Shannon C. Worthy
                                                                   Shannon C. Worthy

Attorney for the Debtor
GA Bar No. 733895
Stanton and Worthy, LLC
547 Ponce de Leon Avenue NE
Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone
(866) 799-7178 Fax
Shannon.worthy@stantonandworthy.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALEX STANTON CROCKETT, | ) | CASE NO. 23-54144-TJ23 |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE HAGENAU |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed a true and correct copy of the within and foregoing document with the Clerk of the Bankruptcy Court utilizing the Court's *CM/ECF* system which will automatically send a notice of the filing to:

    Melissa J. Davey, Standing Chapter 13 Trustee

And by Electronic Notice, or by placing a copy of the same in an envelope with sufficient first-class postage affixed thereto to ensure timely delivery and depositing the same in the United States Mail addressed as follows:

**Alex Stanton Crocket**
144 AL-Jennah Blvd.
Locust Grove, GA 30248
alexcrockett1000@yahoo.com (via electronic delivery)

**770GoodLaw, H.Q. Alex Nguyen Law Firm, LLC**
**Hung Q. Nguyen – Attorney**
101 Marietta Street NW Suite 2200
Atlanta, GA 30303
kevonna@afirmthatfights.com (via electronic delivery)

**United States Trustee**
75 Ted Turner Drive SW, Room 362
Atlanta, GA 30303 (via ECF)

*All Creditors (See Attached Matrix)*

Dated: January 12, 2024                      Respectfully submitted,

                                                                 /s/Shannon C. Worthy
                                                                  Shannon C. Worthy

                Attorney for the Debtor
                GA Bar No. 733895
                Stanton and Worthy, LLC
                547 Ponce de Leon Avenue NE
                Suite 150
                Atlanta, GA 30308
                (404) 800-6415 Phone
                (866) 799-7178 Fax
                Shannon.worthy@stantonandworthy.com

```
Label Matrix for local noticing          Al Jennah at Locust Grove Stat         Al Jennah at Locust Grove Station
113E-1                                   HOA inc                                Homeowners Association, Inc.
Case 23-54144-TJ23                       100 Corp Center Dr Ste B               Dunlap Gardiner, LLP
Northern District of Georgia             Stockbridge, GA 30281-7244             5604 Wendy Bagwell Pkwy, Ste 923
Atlanta                                                                         Hiram, GA 30141-7819
Fri Jan 12 09:30:24 EST 2024

Patti H. Bass                            Capital One                            Capital One Auto Finance
Bass & Associates, PC                    Attn: Bankruptcy                       Attn: Bankruptcy
Suite 200                                Po Box 30285                           7933 Preston Rd
3936 E. Ft. Lowell Road                  Salt Lake City, UT 84130-0285          Plano, TX 75024-2302
Tucson, AZ 85712-1083

Capital One Auto Finance, a division of Capi   Cash Advance Now                 Consumer debt law firm
AIS Portfolio Services, LLC              PO Box 569                             220 Newport Center Drive 11-45
4515 N Santa Fe Ave. Dept. APS           Hays, MT 59527-0569                    Newport Beach, CA 92660-7506
Oklahoma City, OK 73118-7901


Credit One Bank                          Alex Stanton Crockett                  Melissa J. Davey
Attn: Bankruptcy Department              144 Al Jennah Blvd                     Standing Chapter 13 Trustee
Po Box 98873                             Locust Grove, GA 30248-3753            Suite 2250
Las Vegas, NV 89193-8873                                                        233 Peachtree Street NE
                                                                                Atlanta, GA 30303-1509


Dianna Burton Crockett                   Evan Owens Durkovic                    (p)GEORGIA DEPARTMENT OF REVENUE
144 Al Jannah Blvd                       Aldridge Pite, LLP                     COMPLIANCE DIVISION
Locust Grove, GA 30248-3753              Six Piedmont Center, Ste 700           ARCS BANKRUPTCY
                                         3525 Piedmont Road N.E.                1800 CENTURY BLVD NE SUITE 9100
                                         Atlanta, GA 30305-1578                 ATLANTA GA 30345-3202


(p)GLOBAL LENDING SERVICES LLC           Internal Revenue Service               Minto Money
1200 BROOKFIELD BLVD STE 300             P O Box 7346                           PO Box 58112
GREENVILLE SC 29607-6583                 Philadelphia, PA 19101-7346            Minto, AK 99758-0112


(p)MOHELA                                Mohela/dept Of Ed                      Nemdegelt Inc
CLAIMS DEPARTMENT                        Pob Box 145122                         Jones Robin & Robin
633 SPIRIT DRIVE                         Salt Lake City, UT 84114-5122          PO box 888
CHESTERFIELD MO 63005-1243                                                      Metter, GA 30439-0888


NetCredit                                Hung Q. Nguyen                         PennyMac Loan Services, LLC
Attn: Bankruptcy                         770GoodLaw, H.Q.                       Attn: Correspondence Unit
175 W. Jackson Blvd, Ste 1000            Alex Nguyen Law Firm, LLC              Po Box 514387
Chicago, IL 60604-2863                   5495 Jimmy Carter Blvd                 Los Angeles, CA 90051-4387
                                         Suite B-17
                                         Norcross, GA 30093-1518

Planet Home Lending, LLC                 Chad Ralston Simon                     (p)SUNSET MANAGEMENT CO LLC
321 Research Parkway                     Bonial and Associates, P.C.            ATTN KRISTIN WILSON
Suite 303                                P. O. Box 80727                        510 MOUNTIAN VIEW DR
Meriden, CT 06450-8342                   Atlanta, GA 30366-0727                 SUITE 500
                                                                                SENECA SC 29672-2145

United Consumer Financial Serv.          United Consumer Financial Services     United States Attorney
Bass & Associates, P.C.                  Attn: Bankruptcy                       Northern District of Georgia
3936 E. Ft. Lowell Road, Suite #200      865 Bassett Road                       75 Ted Turner Drive SW, Suite 600
Tucson, AZ 85712-1083                    Westlake, OH 44145-1194                Atlanta GA 30303-3309
```

```
VILLAGE CAPITAL & INVESTMENT LLC        (p)VILLAGE CAPITAL                    Shannon Charlmane Worthy
c/o Aldridge Pite, LLP                  ATTN ADAM MAAS                        Stanton and Worthy, LLC
8880 Rio San Diego Drive, Suite 725     2550 PASEO VERDE PARKWAY SUITE100     547 Ponce De Leon Avenue NE
San Diego, CA 92108-1619                HENDERSON NV 89074-7129               Suite 150
                                                                              Atlanta, GA 30308-1881
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department Of Revenue           Global Lending Services LLC           (d)Global Lending Services LLC
1800 Century Blvd. NE                   1200 Brookfield Blvd Ste 300          Attn: Bankruptcy
Atlanta, GA 30345                       Greenville, South Carolina 29607      Po Box 10437
                                                                              Greenville, SC 29603


Mohela                                  Sunset Finance                        (d)US Department of Education/MOHELA
Attn: Bankruptcy                        Attn: Bankruptcy                      633 Spirit Dr
633 Spirit Dr                           510 Mountain View Dr, Ste 500         Chesterfield, MO 63005
Chesterfield, MO 63005                  Seneca, SC 29672


Village Capital & Investments, Llc
Attn: Bankruptcy
2550 Paseo Verde Parkway, Suite 100
Henderson, NV 89074
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Global Lending Services LLC          (u)Planet Home Lending, LLC           (u)Village Capital & Investment LLC
```

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35