**IT IS ORDERED as set forth below:**



**Date: March 7, 2024**

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 23-54144 |
| | } | |
| ALEX STANTON CROCKETT, | } | CHAPTER 13 |
| | } | |
| DEBTOR. | } | JUDGE TJ23 (HAGENAU) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT,
DISBURSE AND RETAIN FUNDS**

On January 12, 2024, Alex Stanton Crockett filed a Motion to Approve Settlement Agreement, Disburse and Retain Funds (Doc. No. 38) ("The Motion"). In the Motion, the Debtor stated that she had a personal injury case that settled for $50,000.00 with Debtor to receive the remaining balance of $12,828.19 after all expenses and fees are paid, and he sought for it to be approved. Debtor further requested that he be allowed to retain $8,000.00 from the net settlement proceeds to assist with necessary car repairs and post-filing medical bills, and that the remainder in the amount of $4,828.19 be sent to his Chapter 13 Trustee for the benefit of his

creditors, that his personal injury attorneys' fees in the amount of $16,326.00 be approved, that disbursements in the amount of $16,326.00 for medical providers be approved, and that disbursements in the amount of $1,021.81 for firm expenses, be approved. A hearing was held on the matter on February 29, 2024, at 9:15 AM in Courtroom 1403. At which time, the Chapter 13 Trustee and Debtor's Counsel appeared, and no parties appeared in opposition. Therefore, for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is ***granted***. Debtor's Motion is granted pursuant to the following terms: Debtor shall be allowed to retain $8,000.00 of the net proceeds of his personal injury settlement, and Special Counsel shall disburse this payment directly to Debtor. Special Counsel shall send the remaining net proceeds of $4,828.19 payable to Debtor directly to Melissa J. Davey, the Chapter 13 Trustee, and after the Trustee takes her statutory fee upon receipt, to be disbursed first to priority unsecured creditors, then to general unsecured claims, then to secured claims, pro rata, pursuant to the terms of the Plan. It is further

**ORDERED** that Special Counsel shall disburse all funds necessary from the personal injury settlement to medical providers in the amount of $16,326.00, and for firm expenses in the amount of $1,021.81. It is further

**ORDERED** that Special Counsel's attorneys' fees are approved in the amount of $16,326.00.

**[END OF DOCUMENT]**

Prepared and submitted by:

/s/Shannon C. Worthy
Shannon C. Worthy
Attorney for Debtor
GA Bar No. 733895
Stanton and Worthy, LLC
547 Ponce de Leon Ave. NE
Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone
(866) 799-7178 Fax
shannon.worthy@stantonandworthy.com


No opposition:

/s/signed with express permission
Taylor Schlairet Mansell
GA Bar No.: 940461
Staff Attorney
Melissa J. Davey, Ch. 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303
678-510-1444
tmansell@13trusteeatlanta.com

## Distribution List

**Alex Stanton Crockett**
144 Al Jennah Blvd
Locust Grove, GA 30248

**Shannon C. Worthy**
Attorney for Debtor
Stanton and Worthy, LLC
547 Ponce de Leon Ave. NE
Suite 150
Atlanta, GA 30308

**770GoodLaw, H.Q. Alex Nguyen Law Firm, LLC Hung Q. Nguyen – Attorney**
101 Marietta Street NW Suite 2200
Atlanta, GA 30303

**United States Trustee**
75 Ted Turner Drive SW, Room 362
Atlanta, GA 30303

**Melissa J. Davey**
Chapter 13 Trustee, Standing Ch. 13 Trustee
233 Peachtree Street NE
Suite 2250
Atlanta, GA 30303

*The Clerk of Court shall serve all parties on the Mailing Matrix.*